IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Spann-Morgan, Yolanda Renee

Printed: 9/23/08

Case Number: 07 B 00825
Judge: Goldgar, A. Benjamin
Filed: 1/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: September 2, 2008
Confirmed: March 6, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 41,550.42 |  |
| Secured: |  | 27,245.01 |
| Unsecured: |  | 4,849.21 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,078.44 |
| Trustee Fee: |  | 2,034.42 |
| Other Funds: |  | 5,343.34 |
| Totals: | 41,550.42 | 41,550.42 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 78.44 | 78.44 |
| 2. | Ledford & Wu | Administrative | 2,000.00 | 2,000.00 |
| 3. | EMC Mortgage Corporation | Secured | 26,477.18 | 25,678.19 |
| 4. | EMC Mortgage Corporation | Secured | 14,618.16 | 1,566.82 |
| 5. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 6. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 7. | I C Systems Inc | Unsecured | 96.10 | 96.10 |
| 8. | ER Solutions | Unsecured | 642.18 | 642.18 |
| 9. | Peoples Energy Corp | Unsecured | 1,077.45 | 1,077.45 |
| 10. | Capital One | Unsecured | 1,940.59 | 1,940.59 |
| 11. | RMI/MCSI | Unsecured | 250.00 | 250.00 |
| 12. | TRS Recovery Services Inc | Unsecured | 189.26 | 189.26 |
| 13. | Capital One | Unsecured | 302.81 | 302.81 |
| 14. | ECast Settlement Corp | Unsecured | 350.82 | 350.82 |
| 15. | United States Dept Of Education | Unsecured |  | No Claim Filed |
| 16. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 17. | LeLand Scott & Associates | Unsecured |  | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 19. | JJ Marshall & Assoc | Unsecured |  | No Claim Filed |
| 20. | United Compucredit Collection | Unsecured |  | No Claim Filed |
| 21. | Columbus Bank & Trust | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 48,022.99 | $ 34,172.66 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Spann-Morgan, Yolanda Renee

Printed:  9/23/08

Case Number:  07 B 00825
Judge:  Goldgar, A. Benjamin
Filed:  1/18/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 1,566.18 |
| 6.5% | 468.24 |
| | _____ |
| | $ 2,034.42 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

